THE PEOPLE OF THE STATE OF NEW YORK, by ANDREW M. CUOMO, Respondent, v MAURICE R. GREENBERG et al., Appellants.

Submitted February 11, 2013; decided February 14, 2013

Motion by Professor James J. Park for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and nine copies filed within seven days.

Chief Judge LIPPMAN taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, by ANDREW M. CUOMO, Respondent, v MAURICE R. GREENBERG et al., Appellants.

Submitted February 11, 2013; decided February 14, 2013

Motion by Professor Kate Stith for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and nine copies filed within seven days.

Chief Judge LIPPMAN taking no part.